```
                    UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF CALIFORNIA

                            ----oo0oo----

PETER GRAVES,
                                    CASE NO. CIV 2:10-02970 WBS EFB
          Plaintiff,

     v.                                       ORDER

ERIC HOLDER,

          Defendant.
_____/
PETER GRAVES,
                                    CASE NO. CIV 2:10-03015 MCE EFB
          Plaintiff,

     v.
                ORDER
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION, et al.,

          Defendants.
_____/
PETER GRAVES,
                                    CASE NO. CIV 2:10-03106 JAM DAD
          Plaintiff,

     v.

HILLARY RODHAM CLINTON, et
al.,
          Defendants
_____/
```

1 | The court has received the Notice of Related concerning
2 | the above-captioned cases filed on March 2, 2010.  <u>See</u> Local Rule
3 | 83-123.  The court has, however, determined that it is
4 | inappropriate to relate or reassign the cases at this time, and
5 | therefore declines to do so.  This Order is issued for
6 | informational purposes only and shall have no effect on the
7 | status of the cases, including any previous Related (or Non-
8 | Related) Case Order of this court.
9 |     IT IS SO ORDERED.
10 | DATED:  March 10, 2011

_/s/ William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE